FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JAN 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> **ALEXIS TORRES SIMON**, <br><br> Defendant-Appellant. | No.   15-10203 <br><br> D.C. No. <br> 2:13-cr-00148-JAD-GWF-2 <br> District of Nevada, <br> Las Vegas <br><br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.